IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

IN RE:    Emily R. Madden    )
          Jerrod W. Madden   )
                             )    Case No. 19-14172
                                  Chapter 7

DEBTORS .

MOTION FOR RELIEF FROM AUTOMATIC STAY AND NOTICE OF
INTENT TO SEEK ABANDONMENT OF PROPERTY,
WAIVER OF RULE 4001 (A) (3)
BRIEF IN SUPPORT THEREOF
AND NOTICE OF OPPORTUNITY FOR HEARING

COMES NOW, Capital One Auto Finance, a division of Capital One,N.A. , a creditor in the above-styled bankruptcy proceeding, and moves the Court for an order modifying stay and abandoning property . In support of its motion, Movant shows the Court as follows:

    1.   Movant is a secured creditor of the Debtor.

    2.   Movant is the owner and holder of a certain Promissory Note and Security Agreement executed by the Debtor covering the following described personal property, to-wit:

    2015 Nissan Altima Sedan 4D S I4

1N4AL3AP0FN303404

Movant's security interest in the Property has been properly perfected as shown by the documents, attached hereto, marked collectively as Exhibit "A" and made a part hereof.

3. As of petition date the total amount due on the Promissory Note and Security Agreement is $11,278.13, plus accrued interest and interest accruing thereafter until paid in full, plus attorneys fees and costs.

4. The reasonable value of the Property is less than the debt owed against it.

5. The Debtor has not provided Movant with adequate protection.

6. The Debtor is in default under the terms of his contracts with Movant.

7. The Property is burdensome to the estate, and the automatic stay should be lifted in order that Movant may proceed to foreclose its interest In the Property.

8. Movant will suffer irreparable injury, loss and damage unless the automatic stay is lifted so as to permit Movant to commence with its action to recover said property. The irreparable injury will be a greater accrual of interest on the unpaid

principal balance and a potential deterioration of the property without the ability of lender to conduct property preservation efforts. Movant requests that the court waive the provisions of Rule 4001 (a) (3) which provides for a stay of fourteen (14) days following the entry of an order granting a motion for relief from stay . The basis for the waiver of the 14 day stay is that the lender will suffer irreparable injury, a greater accrual of interest on the unpaid principal balance and a potential deterioration of the property without the ability of the lender to conduct property preservation efforts.

NOTICE OF OPPORTUNITY FOR HEARING

Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document . If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the Untied States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Ave. , Oklahoma City, OK 73102 no later than 14 days from the date of filing of this request for relief. You should also mail a file-stamped copy of your response or objection to the undersigned movant/movant s attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice. The 14 day period includes the 3 days allowed for mailing provided for in Rule 9006 (f) Fed. R. Banker . Proc .

3

WHEREAS, Capital One Auto Finance, a division of Capital One, N.A. moves the Court for an order modifying the automatic stay as to the Debtor and the above described Property, order the abandonment of the Property from the bankruptcy estate, order that the stay of this order provided in Bankruptcy Rule 4001 (a) (3) shall <u>not</u> apply, and grant such additional relief as this Court deems equitable.

      Capital One Auto Finance, a division of
         Capital One, N.A.

      BY: s/ Bret D. Davis
          _____

        BRET D. DAVIS #15079
        LAMUN MOCK CUNNYNGHAM & DAVIS, P.C.
        5613 N Classen Boulevard
        Oklahoma City, Oklahoma 73118-1295
        (405)840-5900

       Attorney for Movant

        bdavis@Lamunmock.com

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March, 2020, a true and correct copy Of the Motion for Relief and Abandonment of Property was
electronically served using the CM/ECF system, namely:

Marty D. Martin
6440 Avondale Drive Suite 200
Oklahoma City, OK 73116

Lyle R. Nelson
Two Leadership Square
211 N. Robinson, Ste 1300
Oklahoma City, OK 73102

Further I certify that on the 3rd day of March, 2020,

Copies of the Motion to Lift Stay and Abandonment of property were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following at the addresses shown below and all parties listed on matrix attached hereto:

Jerrod W. Madden & Emily R. Madden
1723 Anthony Ave Purcell, OK 73080

_s/.Bret D. Davis

5

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

DEAL #: [redacted]

Dealer Number: _____  Contract Number: _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| EMILY MADDEN<br>1723 ANTHONY AVE<br>PURCELL OK 73080 | N/A | BOB MOORE NISSAN OF NORMAN<br>3901 JOURNEY PARKWAY<br>NORMAN, OK 73072 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2015 | NISSAN ALTIMA | 28108 | 1N4AL3AP0FN303404 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural ☐ |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $500.00 |
|---|---|---|---|---|
| 21.00 % | $11299.36 | $14468.00 | $25767.36 | $26267.36 |

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 357.88 | Monthly beginning 02/14/2017 |
| N/A | N/A | N/A |

Or As Follows: N/A

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of $ 24.50 or 6 % of the part of the payment that is late, whichever is greater.

**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED

1. Cash Price (including $ N/A excise tax) .................. $ 14659.00 (1)
2. Total Downpayment =
   Trade-in N/A
      (Year)    (Make)    (Model)
   Gross Trade-In Allowance          $ N/A
   Less Pay Off Made By Seller       $ N/A
   Equals Net Trade In              = $ N/A
   + Cash                             $ 500.00
   + Other N/A                        $ N/A
   (if total downpayment is negative, enter "0" and see 4i below) ... $ 500.00 (2)
3. Unpaid Balance of Cash Price (1 minus 2)               $ 14159.00 (3)
4. Other Charges Including Amounts Paid to Others on Your Behalf:
   (Seller may keep part of these amounts).
   A. Cost of Optional Credit Insurance Paid to Insurance Company or Companies:
      Life        $ N/A
      Disability  $ N/A                      $ N/A
   B. Vendor's Single Interest Insurance
      Paid to Insurance Company              $ N/A
   C. Other Optional Insurance Paid to Insurance Company or Companies $ N/A
   D. Optional Gap Contract                  $ N/A
   E. Official Fees Paid to Government Agencies
      to N/A         for N/A      $ N/A
      to N/A         for N/A      $ N/A
      to N/A         for N/A      $ N/A
   F. Government Taxes Not Included in Cash Price  $ N/A
   G. Government License and/or Registration Fees
      LIC/TRAN/REG/LIEN/PLATE                $ 10.00
   H. Government Certificate of Title Fees    $ N/A
   I. Other Charges (Seller must identify who is paid and describe purpose)
      to N/A         for Prior Credit or Lease Balance $ N/A
      to N/A         for N/A      $ N/A
      to N/A         for N/A      $ N/A
      to N/A         for N/A      $ N/A
      to N/A         for N/A      $ N/A
      to N/A         for N/A      $ N/A
      to N/A         for N/A      $ N/A
      to N/A         for N/A      $ N/A
      to N/A         for N/A      $ N/A
      to BOB MOORE NISSAN for PROCESSING FEE $ 259.00
   Total Other Charges and Amounts Paid to Others on Your Behalf   $ 309.00 (4)
5. Amount Financed (3 + 4)                                $ 14468.00 (5)

### Insurance

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:

**Optional Credit Insurance**
☐ Credit Life:       ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability: ☐ Buyer  ☐ Co-Buyer  ☐ Both

Premium:
Credit Life $ N/A
Credit Disability $ N/A
Insurance Company Name N/A
Home Office Address N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**
☐ N/A                            N/A
  Type of Insurance              Term
Premium $ N/A
Insurance Company Name N/A
Home Office Address N/A

☐ N/A                            N/A
  Type of Insurance              Term
Premium $ N/A
Insurance Company Name N/A
Home Office Address N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.
X N/A                            N/A
  Buyer Signature                Date
X N/A                            N/A
  Co-Buyer Signature             Date

THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.

**Returned Check Charge:** You agree to pay a charge of $ 25.00 if any check you give us is dishonored.

---

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI Insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ N/A and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract. Any insurer issuing VSI insurance waives its rights to subrogation against the Buyer.

OPTION: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before N/A , Year _____ , SELLER'S INITIALS _____ .

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _____ N/A _____  Mos.  _____  Name of Gap Contract _____

I want to buy a gap contract.

Buyer Signs X _____ N/A _____

## NO COOLING OFF PERIOD
**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X _Emily Madden_ Co-Buyer Signs X N/A
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements.

NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _Emily Madden_ Date 12/31/16  Co-Buyer Signs X N/A Date N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____  Address _____
Seller signs BOB MOORE NISSAN OF NORMAN Date 12/31/16 By X _____ Title _____

Seller assigns its interest in this contract to CAPITAL ONE AUTO FINANCE (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse  ☒ Assigned without recourse  ☐ Assigned with limited recourse
BOB MOORE NISSAN OF NORMAN
Seller _____ By _____ Title _____

ORIGINAL LIENHOLDER

EXHIBIT "A"
PAGE 1 OF 3 PAGES

**OTHER IMPORTANT AGREEMENTS**

1. **FINANCE CHARGE AND PAYMENTS**
   a. How we will figure Finance Charge. We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b. How we will apply payments. We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.
   c. How late payments or early payments change what you must pay. We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about those changes before the final scheduled payment is due.
   d. You may prepay. You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.
   e. Your right to refinance a balloon payment. A balloon payment is a scheduled payment that is more than twice as large as the average of your earlier scheduled payments. If you are buying the vehicle primarily for personal, family or household use, you have the right to refinance the balloon payment when due without penalty. The terms of the refinancing will be no less favorable to you than the terms of this contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

2. **YOUR OTHER PROMISES TO US**
   a. If the vehicle is damaged, destroyed, or missing. You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. Using the vehicle. You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. Security Interest.
   You give us a security interest in:
   • The vehicle and all parts or goods put on it;
   • All money or goods received (proceeds) for the vehicle;
   • All insurance, maintenance, service, or other contracts we finance for you; and
   • All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
   This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.
   d. Insurance you must have on the vehicle.
   You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on the front of this contract. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. What happens to returned insurance, maintenance, service, or other contract charges. If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. You may owe late charges. You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment does not excuse your late payment or mean that you may keep making late payments.

If you pay late, we may also take the steps described below.
   b. You may have to pay all you owe at once. If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
   • You do not pay any payment on time;
   • You give false, incomplete, or misleading information on a credit application;
   • You start a proceeding in bankruptcy or one is started against you or your property; or
   • You break any agreements in this contract.
   The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c. You may have to pay collection costs. If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's fee and court costs the law permits. The maximum attorney's fee you will pay will be 15% of the amount you owe, unless a court awards an additional amount.
   d. We may take the vehicle from you. If you default, we may take (repossess) the vehicle from you if we do so peacefully and if the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.
   e. How you can get the vehicle back if we take it. If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.
   f. We will sell the vehicle if you do not get it back. If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
   We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs, if the law permits, are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.
   g. What we may do about optional insurance, maintenance, service, or other contracts. This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under those contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **WARRANTIES SELLER DISCLAIMS**
   Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
   This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

5. Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
   Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. **SERVICING AND COLLECTION CONTACTS**
   You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

7. **APPLICABLE LAW**
   Federal law and the law of the state of our address shown on the front of this contract apply to this contract.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Form No. 553-OK 8/11

EXHIBIT "A"

PAGE 1 OF 2 PAG

OKLAHOMA TAX COMMISSION

LIEN HOLDERS RELEASE FORMS

VIN: 1N4AL3AP0FN303404  VEHYR: 2015  MAKE: NISS  MODEL: A2S  BODY:
AGNT #:  LIEN DATE: 12/31/2016

LIEN DEBTOR: MADDEN EMILY

MADDEN EMILY
1723 ANTHONY AVE
PURCELL OK  73080-1768

LIEN HOLDER: CAPITAL ONE AUTO FINANCE

CAPITAL ONE AUTO FINANCE
PO BOX 660068
SACRAMENTO CA  95866-0068

REF#:

TO:  OKLAHOMA TAX COMMISSION
     MOTOR VEHICLE DIVISION
     P.O. BOX 269061
     OKLAHOMA CITY OK 73126



TO WHOM IT MAY CONCERN: WE HAVE RELEASED OUR SECURITY INTEREST IN THE MOTOR VEHICLE DESCRIBED ABOVE, EFFECTIVE ON THE DATE WHICH APPEARS BY MY SIGNATURE. PLEASE REVISE YOUR RECORDS TO REFLECT THIS RELEASE.
SIGNATURE OF REPRESENTATIVE OF SECURED PARTY

X_____      DATE_____

## LENDER: TO ENSURE PROPER PROCESSING OF YOUR COMPLETED LIEN RELEASE, PLEASE NOTE THE FOLLOWING.

DO NOT ALTER THIS DOCUMENT

NO STAPLES

NO TAPE

NO FOREIGN FIXTURES OR ATTACHMENTS

NO WRITING OR MARKING
(OTHER THAN SIGNATURE AND DATE FOR RELEASE)

DO NOT ALTER THE SIZE OF THIS DOCUMENT

EXHIBIT "A"

3-3

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 19-15176<br>Western District of Oklahoma<br>Oklahoma City<br>Mon Mar  2 13:20:57 CST 2020 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | BMW Bank of North America, c/o AIS Portfolio<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3426 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 |
| Bank of America<br>P. O. Box 851001<br>Dallas TX 75285-1001 | Barclays Bank of Delaware<br>P. O. Box 130<br>Clifton Heights PA 19018-0130 | Berman & Rabin P.A.<br>15280 Metcalf Ave.<br>Overland Park KS 66223-2811 |
| Berman & Rabin P.A.<br>P. O. Box 24327<br>Overland Park KS 66283-4327 | Capital One<br>Attn:  Payment Processing<br>P. O. Box 71083<br>Charlotte NC 28272-1083 | Capital One Spark Business<br>Attn:  General Correspondence<br>P. O. Box 30285<br>Salt Lake City UT 84130-0285 |
| Capital One Spark Business<br>Payment Processing<br>P. O. Box 71083<br>Charlotte NC 28272-1083 | Cavalry SPV 1, LLC<br>500 Summit Lake Drive<br>Suite 400<br>Valhalla NY 10595-2321 | Cawley & Bergmann, LLC<br>550 Broad Street, Suite 1001<br>Newark NJ 07102-4542 |
| Commerce Bank<br>P. O. Box 410857<br>Kansas City MO 64141-0857 | Discover<br>P. O. Box 3025<br>New Albany OH 43054-3025 | ERC<br>P. O. Box 57610<br>Jacksonville FL 32241-7610 |
| East Point<br>c/o Amy Hall<br>1738 Elmwood Ave.<br>Suite 104<br>Buffalo NY 14207-2465 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Farmers Federal Credit Union<br>P. O. Box 36911<br>Los Angeles CA 90036-0911 |
| Global Credit & Collection Corp.<br>4839 N. Elston Ave.<br>Chicago IL 60630-2534 | Kyle Roberts<br>3405 Carriage Way<br>Edmond OK 73013-8048 | Midland Credit Management LLC<br>3510 Camino De La Reina<br>San Diego CA 92108 |
| Midland Credit Management LLC<br>P. O. Box 301030<br>Los Angeles CA 90030-1030 | Nationwide Credit, Inc.<br>P. O. Box 15481<br>Des Moines IA 50306 | Navient Solutions<br>Navient Federal Loan Trust<br>P. O. Box 9500<br>Wilkes Barre PA 18773-9500 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Radius Global Solutions<br>P. O. Box 390900<br>Minneapolis MN 55439-0990 |

| | | |
|---|---|---|
| Roman Pocztar<br>National Enterprise Systems<br>2479 Edison Blvd., Unit A<br>Twinsburg OH 44087-2476 | Sam's<br>c/o Synchrony Bank<br>P. O. Box 965004<br>Orlando FL 32896-5004 | State Farm Bank<br>P. O. Box 2328<br>Bloomington IL 61702-2328 |
| UHG I LLC<br>6400 Sheridan Dr.<br>Suite 138<br>Buffalo NY 14221-4842 | United States Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3479 | Wells Fargo Bank N.A.<br>MAC F8235-040<br>P. O. Box 5129<br>Sioux Falls SD 57117-5129 |
| Wells Fargo Home Loan<br>P. O. Box 14547<br>Des Moines IA 50306-3547 | Courtney Roberts<br>3405 Carriage Way<br>Edmond, OK 73013-8048 | Ginger D. Goddard<br>224 West Gray Street, Suite 202<br>Norman, OK 73069-7114 |
| Tami J Hines<br>Hall Estill<br>100 N Broadway Suite 2900<br>Oklahoma City, OK 73102-8865 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BMW Financial<br>P. O. Box 3608<br>Dublin OH 43016 | Elan Financial Services<br>P. O. Box 6353<br>Fargo ND 58125 | Portfolio Recovery Associates LLC<br>P. O. Box 12914<br>Norfolk VA 23541 |
| (d)U.S. Bank, N.A.<br>P. O. Box 3427<br>Oskhosh, WI 54903 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | (d)Farmers Federal Credit Union<br>P. O. Box 36911<br>Los Angeles CA 90036-0911 | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     2<br>Total                  41 |